1  GOLDSMITH & HULL, P.C.     Our File No. CDCS69
   Eric Mintz, State Bar No. 207384                         JS-6
2  16000 Ventura Boulevard, Suite 900
   Encino, CA 91436-2760
3  Telephone:  (818) 990-6600
   Telecopier:  (818) 990-6140
4  **govdept1@goldsmithcalaw.com**

5  Attorneys for Plaintiff
   United States of America

6



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV08-03964 AHS (MANx) |
| Plaintiff, | |
| vs. | ORDER DISMISSING CASE AND RESERVING JURISDICTION |
| MARY D. VILLALVA AKA MARY VILLALVA, | [~~Proposed~~] |
| Defendant(s). | |

IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Stipulation For Entry of Judgment Upon Default executed by the parties.

Dated: December 12, 2008

                                        ALICEMARIE H. STOTLER
                                        ─────────────────────────
                                        ALICEMARIE H. STOTLER, CHIEF JUDGE
                                        United States District Court