UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>MARY D. VILLALVA aka MARY VILLALVA,<br><br>                Defendant. | CV 08-3964 AHS (MANx)<br><br>JUDGMENT |

       In the above-entitled action, pursuant to the parties' stipulation entered in the above-entitled action and having failed to complete the stipulation entered between the parties, pursuant to the terms of that stipulation,

       **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiff the UNITED STATES OF AMERICA have and recover from defendant MARY D. VILLALVA aka MARY VILLALVA the sum of $2,801.10 principal; $2,896.61 as accrued pre-judgment interest; $0.00 administrative cost; $402.50 Court costs, plus $480.11 attorney

```
 1  fees, less credits of $400.00 for a total amount of $6,180.32,
 2  plus interest from March 12, 1009, at the rate of $0.61 per day
 3  to date of entry of judgment.
 4          Judgment to accrue interest at the legal rate until
 5  paid.
 6          DATED:  March 24, 2009.
 7
 8                              ALICEMARIE H. STOTLER
                                _____
 9                                ALICEMARIE H. STOTLER
                                UNITED STATES DISTRICT JUDGE
```